JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BROWN,<br> Plaintiff,<br> v.<br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br> Defendants. | No. 2:20-cv-03322-SAB-PJW<br><br>**ORDER DISMISSING CASE AND CLOSING FILE**<br><br>**[ECF NO. 25]** |

 Before the Court is the parties' Joint Stipulation of Dismissal of All Claims Without Prejudice, ECF No. 25. The parties stipulate and agree that Plaintiff's claims in the above-captioned action be dismissed without prejudice with each party to bear its own costs and attorneys' fees.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE AND CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Joint Stipulation of Dismissal of All Claims Without Prejudice, ECF No. 25, the above-captioned action is **dismissed** without prejudice with each party to bear its own costs and attorneys' fees.

2. All claims asserted by Plaintiff against all parties in the above-captioned action are **dismissed** without prejudice.

3. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 24th day of February 2021.

*[signature: Stanley A. Bastian]*

Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE AND CLOSING FILE ~ 2**